From the Desk of:[

[Rachel Atwood]

[8217 East Balfour Drive]

[Tucson, Arizona] [85710]

# CUSIP ATTACHING NUMBER [CR14065] AND [CR15397]

[FRANK JARVIS ATWOOD], beneficiary,

v.

DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; JAMES KIMBLE, Warden, ASPC- Eyman; JEFFREY VAN WINKLE, Warden, ASPC-Florence; LANCE HETMER, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; MARK BRNOVICH, Attorney General, Attorney General of Arizona; UNKNOWN PARTY, Named as John Doe - Arizona-Licensed Pharmacist; [COUNTY OF PIMA] and [SUPERIOR COURT-OF THE STATE OF ARIZONA]

Defendants-Appellees.

No. 22-15821

D.C. No. 2:22-cv-00860-MTL-JZB

**Re:** **Emergency Motion for a Stay of Execution for Frank Jarvis Atwood ADOC 062887** as the Government has ceased acting as government and is acting as a Private for-profit Corporation. Clearfield Trust Co. v. United States, 318 U.S. 363 (1943) and for an Emolument violation

**Emergency Motion and Affidavit of Truth and Revocation of Signature for Fraud and Swindle and Notice of Claim for Remedy to be Applied Immediately.**

Our Constitutional Republic is based on four founding documents and the Holy Bible. These documents include: 1) the Declaration of Independence -- July 4, 1776; 2) the Articles of Confederation 1776; 3) the Northwest Ordinance of 1787-- 7-13-1787; and 4) the United States Constitution – 9-17-1987.

In the Holy Bible, we are instructed that **"**…the Lord God said, 'It is not good that the man should be alone; I will make him a helper fit for him.' " *Genesis 2:18.*
"Then the man said, 'This at last is bone of my bones and flesh of my flesh; she shall be called Woman, because she was taken out of Man.' " *Genesis 2:23*
The Bible is filled with references as to the importance of marriage and how the Sacrament of marriage changes the man and the woman from two into one flesh (Ephesians 5:31). In Genesis 2:24 it says, **"**Therefore a man shall leave his father and his mother and hold fast to his wife, and they shall become one flesh."

In Matthew 19:4-6, Jesus "…answered, 'Have you not read that he who created them from the beginning made them male and female, and said, 'Therefore a man shall leave his father and his mother and hold fast to his wife, and the two shall become one flesh'? So they are no longer two but one flesh. What therefore God has joined together, let not man separate.'

On December 17, 1991 Frank Atwood and Rachel Tenny were married in a prison wedding ceremony and the two became one flesh.

**Amendment VI**:
The sixth Amendment provides criminal defendants with the right to represent themselves. United States v. Simpson, 845 F.3d 1039
As Rachel Atwood is one flesh with her husband she may speak for him as sui juris.

As such, Rachel Atwood has jurisdiction to file this emergency motion.

**Clearfield Trust Co. v. United States (1943); Hale v. Henkel (1906); Yick Wo v. Hopkins (1886):**
**Breaching Public Trust**

It is here suggested that there is a breach of public trust when a government, government agency, or her representatives become a private for-profit corporation. At that point, the government is no longer a government, but rather is to be treated no different than the private corporation it holds itself out to be.

See: Hale v. Henkel, 201 U.S. 43 (1906); Yick Wo V. Hopkins 118 U.S. 356 (1886); and Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)
> What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then Government loses its sovereignty status and becomes no different than a mere private corporation. As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder in-due-course of a contract or other commercial agreement between it and the one upon whom demands for specific performance are made. And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get to the court to enforce its demands, called statutes.

In order to show that the following governments or governmental agencies are now acting as private for-profit corporations and should be treated as such, their Dun and Bradstreet numbers are presented below:

> THE UNITED STATES: D-U-N-S #: 161906193
> 1600 Pennsylvania Ave NW, Washington, District of Columbia 20500
>
> STATE OF ARIZONA: D-U-N-S #: 072459266
> 1700 W Washington St FL 7, Phoenix, Arizona 85007
>
> COUNTY OF PIMA: D-U-N-S #: 364228163
> 2337 E Ajo Way, Tucson, Arizona 85713
>
> PIMA COUNTY SUPERIOR COURT: D-U-N-S #: 036125009
> 6320 N Camino de Corozal, Tucson, Arizona 85704
>
> JUDICIARY COURTS OF THE STATE OF ARIZONA: D-U-N-S #: 360705321
> 1501 W Washington St, Phoenix, Arizona 85007

9TH CIRCUIT COURT: D-U-N-S #: 842778941
1200 6th St, San Francisco, California 94158

STATE BAR OF ARIZONA: D-U-N-S #: 836504225
4201 N 24th St STE 100, Phoenix, Arizona 85016

## Title 8 USC Section 241, 242 Color of Law Violations

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. Title 8 USC Section 241, 242 (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

## Title 18 USC 1348 Securities Fraud
**Frank Jarvis Atwood ADOC 062887: Financial Gain from an Inmate**

It must be stated to these proceedings that the inmate number assigned to the defendant, **Frank Jarvis Atwood ADOC 062887,** is being used as a CUSIP number. (DOC-06-2887)

> The acronym *CUSIP* derives from the *Committee on Uniform Security Identification Procedures*, a committee of the American Bankers

4

Association. The Committee was founded in July 1964 and developed the CUSIP system.[2] The Committee formed the CUSIP Service Bureau in 1968, during the *paper crunch*[3] on Wall Street.[4]

The CUSIP system has grown over the years to cover corporate, government, municipal, and international securities (through the CINS, or CUSIP International Numbering System); IPO's; preferred stock; funds; certificates of deposit; syndicated loans; and U.S. and Canadian listed options. The CGS database contains issuer and issue-level identifiers, plus standardized descriptive data, for more than 14 million financial instruments and entities. CGS is also the designated national numbering agency responsible for assigning the ISIN (International Securities Identification Number) in over 35 other markets.

With the generation of a CUSIP number; the CUSIP number has been used to generate a bond.

This bond is bought and sold by private parties to ultimately fund our Judicial System and State and Federal System which is a violation of the Emoluments Clause of the U.S. Constitution

The inmate number DOC-06-2887 as of June, 7, 2022 is being hypothecated by 1,793 companies or individuals as shown by Gmei Utility.
https://www.gmeiutility.org/search.jsp?keyWord=doc-06-2887

**Title 42 USC 1983: Emoluments**
"Emoluments" are broadly defined as the result of exertion, gain or profit, gain from employment or position, payment received for work, salary, wages, or fees. Emoluments include the perquisites of office received incidentally and in addition to regular salary and wages. Breach of Fiduciary Trust.

**Meyer v. Brown**
Texas Court of Appeals, First District (Houston)|Dec 19, 1989|782 S.W.2d 315

**State v. Santiago**
Supreme Court of ConnecticutAug 25, 2015318 Conn. 1
**OVERVIEW:** Defendant's death sentence was reversed because following the enactment of 2012 Conn. Acts 5, capital punishment no longer measurably contributed to the legitimate penological goals of deterrence and retribution, and thus, capital punishment in Connecticut violated Conn. Const. art. 1, §§ 8 and 9.

See Arizona Dept. of Corrections, "Historical Prison Register," (2015), available at http://corrections.**az**.gov/historical-prison-register-e-i (last visited July 30, 2015) (William Faltin died in prison in 1953); M. Church, "Capital Punishment, 1870-1907," Kansas Memory Blog (January 24, 2008), available at http://www.kansasmemory.org/blog/post/28195390 (last visited July 30, 2015) (Kansas governors refused to execute death warrants from 1872 through 1909); H. Frazier, Death Sentences in Missouri, 1803-2005: A History and Comprehensive Registry of Legal Executions, Pardons, and Commutations (2006), pp. 170-71 (Missouri governor commuted Ora Lewis' death sentence in 1918).

**Remedy**
**Remedy requested in front of Almighty God is for Frank Atwood to have his execution stopped, be allowed to live, be released from prison, cases dismissed with prejudice and all involved in the fraud and violations as listed above be held responsible for breaches as specified above including violations to the Covenant of Civil and Political Rights (1996).**