UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| FRANK JARVIS ATWOOD, | No. 22-15821 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:22-cv-00860-MTL-JZB |
| v. | District of Arizona, Phoenix |
| DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; et al., | ORDER |
| Defendants-Appellees. | |

Before: McKEOWN, CALLAHAN, and IKUTA, Circuit Judges.

The pro se motion, filed by or on behalf of Rachel Atwood, Mr. Atwood's wife, seeks a stay of Mr. Atwood's execution.

Mrs. Atwood is not a party to this litigation, but we construe the motion as including a request to intervene and we grant that request.

The motion to stay execution is DENIED. The mandate has issued.